# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Angela Robinson, Individually; Clara Busby, as next friend, guardian, and parent of and for minors L.H. and T.H.; Rachel Ambler, as independent Administrator of, and on behalf of, Angela Robinson, minors L.H. and T.H., the Estate of Savion Vashon Hall, and Savion Vashon Hall's heirs at law,

Plaintiffs - Appellants

v.

Midland County, Texas; Daniel Stickel,

Defendants – Appellees

## Motion to Revise Caption and Substitute Estate Representative Upon Suggestion of Death

TO THE HONORABLE COURT:

Counsel for Appellants has been informed that during the pendency of this matter, the independent Administer of the Estate of Savion Vashon Hall, Rachel Ambler, a plaintiff-appellant in this appeal in her representative capacity, tragically passed away as the result of an automobile accident. Therefore it was necessary to appoint a successor independent Administrator for the estate, and Mr. Guy Choate has qualified and has been appointed as the successor independent Administrator of the Estate of Savion Vashon Hall. Accordingly, Appellants move this Court to substitute Guy Choate, as successor independent Administrator for the Estate of

1

Savion Vashon Hall, in place of Rachel Ambler as independent Administrator, and to revise the case caption in like manner so that the Court's opinion and judgment issued in this matter correctly reflect the identity of the current estate Administrator. *See* Fed. R. App. P. 43(a).

Respectfully submitted,

/s/ Bruce K. Thomas
Bruce K. Thomas
State Bar No. 19844300
Law Office of Bruce K. Thomas
12900 Preston Rd., Suite 590
Dallas, Texas 75230
Phone/Fax: 214/296-9650
bthomas@bthomaslaw.com

T. Dean Malone
Texas State Bar No. 24003265
dean@deanmalone.com
Law Offices of Dean Malone, P.C.
900 Jackson Street
Suite 730
Dallas, Texas 75202
Telephone: (214) 670-9989
Telefax: (214) 670-9904

ATTORNEYS FOR PLAINTIFFS-APPELLANTS

**CERTIFICATE OF CONFERENCE**

Counsel for Appellants has conferred on this motion with counsel for Appellees, Richard Layne Rouse, who is familiar with the circumstances of the death of Rachel Ambler, and he informs the undersigned that this motion is unopposed.

/s/ Bruce K. Thomas
Bruce K. Thomas

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this response complies with the length limits of Fed. R. App. P. 27(d)(2)(A) because this motion contains 146 words.

The undersigned further hereby certifies that this motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface Microsoft Word for Microsoft Office 365 (Version 2205) in Times New Roman 14-point font.

/s/ Bruce K. Thomas
Bruce K. Thomas

# CERTIFICATE OF SERVICE

I certify that on August 15, 2023, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the following registered CM/ECF users:

Richard Layne Rouse
Email: lrouse@shaferfirm.com
Miles Robert Nelson
Email: mnelson@shaferfirm.com
Shafer, Davis, O'Leary & Stoker, Incorporated
Suite 201
700 N. Grant Street
Bank of America Building
Odessa, TX 79761
*Counsel for Defendants-Appellees*

/s/ Bruce K. Thomas
Bruce K. Thomas